IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LASHUNDRA ROGERS, individually and as next friend of A.B., a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:21cv455-MHT (WO) |
| PIKE ROAD BOARD OF EDUCATION et al., | ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss by defendants Charles Ledbetter, Turkessia McGaskill, and David Sikes (Doc. 42) is granted.

(2) Defendants Ledbetter, McGaskill, and Sikes are dismissed.

It is further ORDERED that costs are taxed against plaintiff Lashundra Rogers, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.  It will proceed against defendant Pike Road Board of Education.

DONE, this the 29th day of September, 2022.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**