IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LASHUNDRA ROGERS,           )
individually, and as next   )
friend of A.B., a minor,    )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )    2:21cv455-MHT
                            )        (WO)
PIKE ROAD BOARD OF          )
EDUCATION,                  )
                            )
     Defendant.             )
```

ORDER

This case, in which a proposed settlement has been reached as to the claim presented by plaintiff Lashundra Rogers, on behalf of A.B. (an alleged incompetent rather than a minor), is before the court on the parties' joint oral motion to appoint a guardian ad litem for A.B. Based on the representations made on the record on December 10, 2024, it is ORDERED that the oral motion is granted as follows:

(1) Tamika Miller, Esq., 445 Dexter Ave, Suite 4050, Montgomery, Alabama, 36104, 334.625.6959, <tamika@millersmithllc.com>, is appointed as guardian ad litem to represent A.B.

(2) By agreement of the parties, defendant Pike Road Board of Education shall pay the attorney's fees and expenses of the guardian ad litem, with those fees and expenses not to be subtracted from the amount of the proposed settlement.

(3) By January 2, 2025, the parties are to file a joint motion for the court to approve the proposed settlement.

(4) An on-the-record fairness hearing on the proposed settlement is set for January 13, 2025, at 10:00 a.m. The courtroom deputy shall arrange for the hearing to take place by videoconference. Plaintiff Lashundra Rogers, A.B., counsel for all parties, and the guardian ad litem are to appear at the hearing.

2

It is further ORDERED that:

(1) At the January 13, 2025, fairness hearing, the parties are to present evidence that satisfies the question "What testimony and evidence should be produced at the hearing?" contained in the article William E. Shreve, Jr., <u>Settling the Claims of a Minor</u>, 72 Ala. Law. 308, 311–13 (2011). *See id.* at 316 ("The same defect, lack of capacity to contract, exists in persons mentally incapacitated, and many of the principles discussed in this article apply to settlements with *non compos mentis* plaintiffs as well as minors.").

(2) Five business days before the hearing, the guardian ad litem is to file, under seal, a report as to whether and, if so, why the court should approve the proposed settlement for A.B.

(3) Two business days before the hearing, the parties should submit to the court a proposed opinion

3

and order that satisfy the question "What should be included in the order approving the settlement?" contained in said article.

DONE, this the 11th day of December, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE