**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **LASHUNDRA ROGERS,** individually, and as next friend of A.B., a minor, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:21cv455-MHT |
| ) | |
| **PIKE ROAD BOARD OF EDUCATION,** )<br>) | |
| ) | |
| Defendant. ) | |

**ORDER**

In light of the parties' joint motion for settlement approval (Doc. 125), it is ORDERED that, by 12:00 p.m. on January 22, 2025, the parties shall file their proposed settlement under seal.

DONE, this the 21st day of January, 2025.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**