IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA ROGERS, )<br>individually, and as next )<br>friend of A.B., an )<br>incompetent, )<br>                              )<br>    Plaintiff, )<br>                              )<br>    v. )<br>                              )<br>PIKE ROAD BOARD OF )<br>EDUCATION, )<br>                              )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:21cv455-MHT<br>(WO) |

**JUDGMENT**

By agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 29th day of January, 2025.**

                                          /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**